# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESPRESSO USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL COFFEE COMPANY SA, <br><br> Defendant. <br> ETHICAL COFFEE COMPANY SA and <br> ETHICAL COFFEE CORPORATION, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NESPRESSO USA, INC. and <br> NESTLÉ NESPRESSO SA, <br><br> Counterclaim Defendants. | C.A. No. 16-194 (CFC) |

## MOTION TO STAY LITIGATION

Counterclaim Plaintiffs Ethical Coffee Company SA and Ethical Coffee Corporation (collectively, "ECC") file this Motion to Stay Litigation in this matter. ECC requests a stay of three months.

On November 12, 2018, a Swiss court ordered Ethical Coffee Company SA to close and liquidate all assets pursuant to Chapter 7 of the Swiss bankruptcy code. Ethical Coffee Company SA appealed that decision, but on November 26, 2018, the appeal was denied. As a result, Ethical Coffee Company SA has entered bankruptcy and terminated operations. All ECC assets (including the claims in this litigation) are now under the control of the Swiss bankruptcy trustee.

Undersigned counsel requests a 3-month stay of litigation in this case in order to determine how the Swiss trustee would like to proceed. Counterclaim Defendants Nespresso USA, Inc. and Nestle Nespresso SA take no position on this motion.

A proposed Order is attached.

| | |
|---|---|
| Dated: December 4, 2018 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Brian E. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | 919 North Market Street, 12th Floor |
| | Wilmington, DE  19801 |
| | Telephone: (302) 777-0300 |
| | Facsimile: (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | |
| | Steve W. Berman (admitted *pro hac vice*) |
| | Jerrod C. Patterson (admitted *pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | |
| | *Attorneys for Ethical Coffee Company SA and Ethical Coffee Corporation* |