THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESPRESSO USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL COFFEE COMPANY SA, <br><br> Defendant. <br> ETHICAL COFFEE COMPANY SA and ETHICAL COFFEE CORPORATION, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NESPRESSO USA, INC. and NESTLÉ NESPRESSO SA, <br><br> Counterclaim Defendants. | C.A. No. 16-194 (CFC) |

### [PROPOSED] ORDER TO STAY LITIGATION

In consideration of Counterclaim Plaintiffs' Motion to Stay Litigation, and for good cause shown, it is hereby ORDERED that the pending matter is hereby STAYED until <u>March 1, 2019</u>. The parties shall meet and confer and submit a joint status report apprising the Court of the status of the Swiss bankruptcy proceedings by <u>March 1, 2019</u>.

It is so ordered this 7th day of December, 2018.

_____
The Honorable Colm F. Connolly

1